Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

6:22-cv-280-RBD-LHP

Case No. 2020-SC-000 992-1c
*(to be filled in by the Clerk's Office)*

Seyed Sahameddin Ghiassi Afjeh
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

HOA Home owners Association Twin Rivers
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

2022 FEB -8 PH 2:37
FILED

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Seyed Sahameddin Ghiassi Afjeh
Street Address: 1022 Silcox Branch Circle
City and County: Oviedo, Seminole
State and Zip Code: Florida 32765
Telephone Number: Cell 407-635 7660 - 321 765 7108
E-mail Address: Sghiassi_FHC@hotmail.com

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

HOA Home owner Association Twin Rivers River crossing 10967 Lake Underhill Rd STE 138, Orlando FL. 32825
321 276 9706
Board @ Twin Rivers HOA. com
& ARC @ Twin Rivers HoA. com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*They (HOA) harrased me & discriminate me, by saying to do different thing, at the end, they asked me To cut the trees, city told me, I cannot cut healthy trees. I went to To Board of directors of HOA to speak with them about the trees. They said the neighbors do not like you. You ~~are from Iran & your wife is~~ black. You must sell the house and go to Iran.*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _Seyed Sahameddin Ghiassi Afjeh_, is a citizen of the State of *(name)* _4     Seyed Ghiassi Afjeh_

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____.

   and has its principal place of business in the State of *(name)* _____

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* HOA Twin Rivers , is incorporated under
the laws of the State of *(name)* Flonida , and has its
principal place of business in the State of *(name)* HOA Twin Rivers .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* HOA .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

They destroyed my life by saying lie that 9 people
are living in my house. They use my name for 3 persons
and harrasse, discriminate me with the help of 2 groups of
Attorney. Made the life hell for me.

III.     **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I wanted to cooperate with them. Went to Board of Directors
of HOA, but instead of giving answer to my question. They
said the neighbors do not like me, did not mentioned the
names of neighbors. They said I am Iranian & my wife is black
I must sell my house and go to Iran.

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages. It is over one year, they harrassed me and
discriminated me. I got sick and nervous by their lie
and because they have 2 groups of Attorneys against me
have upper hand. I am a retired Teacher and have 830 dollar
per month and they have expensive attorneys. The Judge send
attorney attorney to me and ignored me and my facts.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I am just a teacher and cannot pay attorneys. or the
court. They misused my case and attack me with the
lies. That 9 people are living in my house and the front
yard is not good. I had reward from the prinious HOA people
and they say the neighbors do not like me. I must
sell my house.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _Ghiassi 2 / 6 / 22_

Signature of Plaintiff   _Ghiassi_

Printed Name of Plaintiff   _Seyed Sahameddin Ghiassi Afg_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____